UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KARISSA REID,                                                                  CV-12-0307  (ILG)(MDG)

                                 Plaintiff,

       -against-                                                       **STIPULATION**
                                                    **OF SETTLEMENT**

INGERMAN SMITH, LLP and MARY
ANNE SADOWSKI, individually,

                                Defendants,

-----------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for their

respective parties herein that, the above captioned matter has been settled.  It is further stipulated

and agreed that a duly executed Stipulation of Dismissal shall be filed with the Court without

further notice.

Dated: New York, New York                   Dated:  Jericho, New York
        August 8th , 2014                       August 8, 2014

MARJORIE MESIDOR, ESQ (MM1978)      MILI MAKHIJANI, ESQ. (MM4753)
PHILLIPS & PHILLIPS                        *Attorneys for Defendants*
Attorneys At Law, PLLC                INGERMAN SMITH LLP and MARY
*Attorney for Plaintiff*                   ANNE SADOWSKI, INDIVIDUALLY
45 Broadway, Suite 620                100 Jericho Quadrangle, Suite 326
New York, NY 10006                  Jericho, New York 11753
(212) 248-7431                        TEL:  (516) 931-1800
                                      File No.: 85-1265

**SO ORDERED:**

_____
**Hon. Marilyn D. Go**
**United States Magistrate Judge**
**Eastern District of New York**